**TAKEDA PHARMACEUTICAL COMPANY LIMITED,**
Plaintiff–Appellee,

and

**TAP Pharmaceutical Products, Inc., Plaintiff–Appellee,**

v.

**TEVA PHARMACEUTICALS USA, INC. and Teva Pharmaceutical Industries Ltd., Defendants–Appellants.**

No. 2008–1314.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2008.

William F. Cavanaugh, Jr., Patterson, Belknap, Webb & Tyler LLP, of New York, NY, argued for all plaintiffs-appellees. With him on the brief were Stuart E. Pollack, Chad J. Peterman, and Melissa Mandrgoc.

Eric J. Lobenfeld, Hogan & Hartson LLP, of New York, NY, for plaintiff-appellee Takeda Pharmaceutical Company Ltd. With him on the brief were Arlene L. Chow, Tedd W. Van Buskirk, Dillon Kim; and Philippe Y. Riesen, of Tokyo, Japan.

Henry C. Dinger, Goodwin Procter LLP, of Boston, Massachusetts, argued for defendants-appellants. On the brief were John L. North, Jeffrey J. Toney, Jeffrey D. Blake, Darcy L. Jones, and David A. Reed, Sutherland Asbill & Brennan LLP, of Atlanta, GA.

Before MICHEL, Chief Judge, LINN, Circuit Judge, WARE *, District Judge.

* Honorable James Ware, District Judge, United States District Court for the Northern District of California, sitting by designation.

**Judgement**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.